164 So. 924

**Joel H. RILEY v. STATE.**

**2 Div. 563.**

Court of Appeals of Alabama.
Nov. 19, 1935.

Pitts & Pitts, of Selma, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
There were but two witnesses examined, one for the state and the defendant testifying in his own behalf. The state's witness said defendant did, and the defendant said

he did not. The jury passed upon the question under a proper charge of the court.

There is no error, and the judgment is affirmed.

Affirmed.